An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

U-HAUL COMPANY,
Appellant,
vs.
CHARLIE RIESS,
Respondent.

No. 63912

**FILED**

MAY 19 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On May 6, 2014, the parties filed in this court a stipulation agreeing to dismiss this appeal with the parties to bear their own costs and attorney fees. We approve the stipulation and dismiss this appeal. NRAP 42(b).

It is so ORDERED.[1]

_____, C.J.

cc:    Hon. Abbi Silver, District Judge
       Janet Trost, Settlement Judge
       Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
       Edward M. Bernstein & Associates/Las Vegas
       Eighth District Court Clerk

---

[1]In light of this order, we deny as moot respondent's April 28, 2014, motion to extend the time to file and serve the answering brief.

SUPREME COURT
OF
NEVAOA

(O) 1947A

14-16146